DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GREGORY HART,

Appellant,

v.

BERNAL ORESTES and NIURKA M. ALEJO,

Appellees.

No. 2D2025-1945

————————————————

August 14, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Jennifer X. Gabbard, Judge.

Gregory Hart, pro se.

Dennis A. Creed, III, and Bradley R. Hall of Creed & Hall, Tampa, for Appellees.

PER CURIAM.

 Affirmed.

NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.